UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No. 23-cv-01033-RS |
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No. 23-cv-01096-RS |
| L.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No. 23-cv-01382-RS<br><br>**ORDER DENYING MOTIONS TO CONSOLIDATE AND APPOINT INTERIM COUNSEL, WITHOUT PREJUDICE** |

An order relating these three actions has recently been filed. Plaintiff in the *C.M.* action, joined by plaintiff in the *Doe* action, have filed motions to consolidate the three actions, with an

amended consolidated complaint to be filed, and to appoint interim lead and liaison counsel under a proposed "leadership structure." While there is a representation that plaintiff in the more recently filed *L.M.* action does not oppose the cases being related (and the time for such opposition has expired in any event), L.M. has not joined in the consolidation motion or the motion to appoint interim lead and liaison counsel. Accordingly, those motions are denied without prejudice, to permit counsel the opportunity to negotiate how the *L.M.* action will be incorporated in the consolidation.

**IT IS SO ORDERED**.

Dated: April 11, 2023

_____
RICHARD SEEBORG
Chief United States District Judge